USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

JONATHAN STEINBERG,

      Plaintiff,

    -against-

LESTER WRIGHT, ROBERT MACOMBER,
BECKY REDDISH, DR. LANCELOTTI, DENISE
BOYD, NURSE CALDEIRO, DR. PAOLANO &
DR. R. J. MUELLER,

      Defendants.

------------------------------------- x

04 Civ. 5107 (KMW) (AJP)

**ORDER**

**ANDREW J. PECK, United States Chief Magistrate Judge:**

Based on the stipulation of the parties at today's conference (see transcript), IT IS HEREBY ORDERED that the claims against defendant Dr. Mueller are dismissed without prejudice and without costs. The claims against all other defendants continue.

SO ORDERED.

Dated:     New York, New York
           April 14, 2005

                                       Andrew J. Peck
                                       United States Chief Magistrate Judge

Copies **by fax & ECF** to:    Jason J. Rozger, Esq.
                               Steven N. Schulman, Esq.
                               Gregory J. Radomisli, Esq.
                               Judge Kimba M. Wood

C:\OPIN\